UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE DOW,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendants. | Case No.: 3:24-cv-00102-MMD-CSD<br><br>**ORDER**<br><br>(ECF Nos. 1, 4) |

      This action began with a pro se civil-rights complaint under 42 U.S.C. § 1983 submitted by state prisoner Andre Dow together with an incomplete application to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1-1, 1). On March 8, 2024, this Court ordered pro se plaintiff Andre Dow to either pay the full $405 filing fee or complete his IFP application by filing a financial certificate and an inmate trust fund account statement for the previous six-month period by May 7, 2024. (ECF No. 3). Plaintiff timely filed a second IFP application, but it is incomplete because Plaintiff did not submit a financial certificate that is properly signed both by the inmate and an authorized prison official and an inmate trust fund account statement with it. (ECF No. 4). The Court denies Plaintiff's first and second IFP applications because they are incomplete. But it finds that good cause exists to set a final deadline for Plaintiff to either pay the full $405 filing fee or file a new fully complete IFP application.

      It is therefore ordered that the first and second applications to proceed *in forma pauperis* (ECF Nos. 1, 4) are denied without prejudice.

      It is further ordered that Plaintiff has **until July 1, 2024**, to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to resend Plaintiff Andre Dow the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED THIS 31st day of May 2024.

_____
UNITED STATES MAGISTRATE JUDGE